1073

[No. 50758-3-I. Division One. October 20, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. N.C., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-01811-6, LeRoy McCullough, J., entered June 25, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50797-4-I. Division One. October 20, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES PITNER, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 01-1-00181-6, Michael E. Rickert, J., entered May 16, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51389-3-I. Division One. October 20, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. S.W., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-05643-7, Michael S. Spearman, J., entered October 21, 2003. *Remanded* by unpublished per curiam opinion.

[No. 51829-1-I. Division One. October 20, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-04137-6, Steven C. Gonzalez, J., entered January 15, 2003. *Affirmed* by unpublished per curiam opinion.